copies of the affidavits referred to in the order appealed from.

PEOPLE ex rel. JIMESON v. PATTERSON et al. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Proceeding by the people of the state of New York, on the relation of George 'T. Jimeson, against Frank L. Patterson, president of the Seneca Nation of Indians, and others. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to dismiss appeal denied, with $10 costs. Held, that the Supreme Court at Special Term had no power to dismiss the appeal.

PEOPLE ex rel. JIMESON, Respondent, v. PATTERSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Proceeding by the people of the state of New York, on the relation of George T. Jimeson, against Frank L. Patterson, president of the Seneca Nation of Indians, and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. KEHOE, Respondent, v. DEMOCRATIC GENERAL COMMITTEE OF KINGS COUNTY, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Proceeding by the people of the state of New York, on the relation of James Kehoe, against the Democratic General Committee of Kings County. No opinion. Orders affirmed, with costs.

PEOPLE ex rel. LITCHFIELD et al., Com'rs, Respondents, v. FEITNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Proceeding by the people of the state of New York, on the relation of Edward H. Litchfield and others, against Thomas L. Feitner and others, commissioners, etc. No opinion. Motion for reargument denied.

PEOPLE ex rel. LOUGHRAN, Appellant, v. MAXWELL, City Sup't of Schools, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Proceeding by the people of the state of New York, on the relation of Katherine Loughran, against William H. Maxwell, as city superintendent of schools. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LOUGHRAN, Appellant, v. MAXWELL, City Sup't of Schools, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Proceeding by the people of the state of New York, on the relation of Katherine Loughran, against William H. Maxwell, as city superintendent, etc. No opinion. Motion denied.

PEOPLE ex rel. McCABE, Respondent, v. SNEDEKER et al., Town Auditors, Appellants. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Proceeding by the people of the state of New York, on the relation of William F. McCabe, against John A.

Snedeker and others, as the board of town auditors of White Plains. PER CURIAM. Order affirmed, with $10 costs and disbursements, on authority of People ex rel. McCabe v. Snedeker (decided herewith) 94 N. Y. Supp. 319.

PEOPLE ex rel. MASTROBERTE, Appellant, v. WOODBURY, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Proceeding by the people of the state of New York, on the relation of Michele Mastroberte, against John M. Woodbury. S. Wechsler, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to relator's applying for an alternative writ.

PEOPLE ex rel. NIEBUHR, v. McADOO, Com'r. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Proceeding by the people of the state of New York, on the relation of John H. Niebuhr, against William McAdoo, commissioner. L. O. Van Doren, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. PLACE, Appellant, v. WORCESTER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Proceeding by the people of the state of New York, on the relation of Walter A. Place, against Francis J. Worcester and others. L. P. Mingey, for appellant. J. G. Roe, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SINCLAIR v. SINCLAIR. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Proceeding by the people of the state of New York, on the relation of Ella Sinclair, against Daniel A. Sinclair. No opinion. Motion denied, without prejudice to the plaintiff's right to apply at Special Term upon additional or other papers for the further order of the court respecting the custody of the child.

PEOPLE ex rel. STOKES, Respondent, v. TULLY, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Proceeding by the people of the state of New York, on the relation of George W. Stokes, against James H. Tully, as commissioner. T. Connoly, for appellant. A. S. Gilbert, for respondent. No opinion. Order affirmed, on opinion of the court below (95 N. Y. Supp. 916), with costs.

PEOPLE ex rel. WILLIAMS et al. v. BOARD OF CANVASSERS OF ESSEX COUNTY. (Supreme Court, Appellate Division, Third Department. November 15, 1905.) Proceeding by the people of the state of New York, on the relation of Mary A. Williams, executrix, etc., and others, against the board of canvassers of the county of Essex. No opinion. Motion granted.